52912

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| WILMA DOUGLAS and LATRESE BOYD, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )   Civil Action No. 2:10-cv-02688 STA-dkv ) |
| STATE FARM INSURANCE COMPANY, | ) ) ) ) |
| State Farm. | |

## JOINT NOTICE OF SETTLEMENT AND COMPROMISE

COME NOW, the parties, pursuant to Local Rule 82.13 and give notice that all matters by and between the parties have been settled and compromised.

Respectfully submitted,

THOMASON, HENDRIX, HARVEY
JOHNSON & MITCHELL, PLLC


By:  s/ Christopher L. Vescovo
Christopher L. Vescovo  (14516)
Jonathan L. May (27408)
2900 One Commerce Square
40 South Main Street
Memphis, TN 38103
(901) 525-8721
*Attorneys for Defendant*


  s/Randall J. Fishman
Randall J. Fishman
John A. Irvine, Jr.
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
*Attorneys for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed persons via the courts ECF filing system, this the 11th day of January, 2012:

Randall J. Fishman
John A. Irvine, Jr.
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103

                          s/Christopher L. Vescovo

4845-7132-3150, v. 1