## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

_____

| | | |
|---|---|---|
| **WILMA DOUGLAS and** | ) | |
| **LATRESE BOYD,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 10-2688-STA-dkv** |
| | ) | |
| **STATE FARM INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **State Farm.** | | |

_____

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE
_____

Before the Court is the parties' Notice of Settlement (D.E. # 14), filed on January 11, 2012. In this case, counsel for all parties have announced to the Court that the matters in controversy between them have been resolved. Accordingly, by consent of the parties, this cause of action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 11, 2012