*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **WILMA DOUGLAS and LATRESE BOYD** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **STATE FARM INSURANCE COMPANY** | **CASE NO: 10-2688-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Consent Order Of Dismissal With Prejudice entered on January 11, 2012, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 1/11/2012

           THOMAS M. GOULD
           Clerk of Court

           s/Terry L. Haley
         (By)   Deputy Clerk